# EXHIBIT A

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR HENDRY COUNTY, FLORIDA CIVIL DIVISION

CASE NO:

MICHAEL LEYVA,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
DBA WAL-MART,

    Defendant.                                    /

## COMPLAINT

COMES NOW Plaintiff, MICHAEL LEYVA, and sues Defendant, WAL-MART STORES EAST, LP, DBA WAL-MART, and alleges:

1. This is an action for damages that exceeds Thirty thousand one dollar and no cents ($30,001.00), exclusive of interest, costs, and attorneys' fees.

2. Plaintiff is a natural person residing in Hendry County, Florida.

3. At all times material to this action, WALMART is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 1005 W Sugarland Highway, Clewiston, FL, said business being that of a general store, open to the general public, including the Plaintiff herein.

5. On or about February 18, 2020, Plaintiff visited Defendant's premises located at the above address going into the store.

1

6. At said time and place, Plaintiff was a guest, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the pallets at the property located at 1005 W. Sugarland Way, Clewiston, Florida, thus creating a hazardous condition to members of the public utilizing said property, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the pallets, as specified above, to ascertain whether the pallets constituted a hazard to guests walking in the store, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the pallets in the store, when Defendant knew or through the exercise of reasonable care should have known that said pallet was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the pallet Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on the pallet, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MICHAEL LEYVA, sues the Defendant, WALMART, for damages and demands judgment in excess of Thirty Thousand One Dollars ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 25th day of February 2021.

/s/ *Monique Lopez*
MONIQUE LOPEZ
FBN: 1008168
Morgan & Morgan
12800 University Dr, Suite 600
Fort Myers, FL 33907
Phone: (239) 210-5356
Attorneys for Plaintiff
E-Mail: moniquelopez@forthepeople.com
moniquelopez@forthepeople.com

3